COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER**

Cause Number:     01-20-00190-CV

Style:     Terry Fisher et al v. Steadfast Funding, LLC et al

Type of document:     Appellees' sur-reply briefs

Date document filed:     April 19, 2021

Document filed by:     Appellees

On April 27, 2021, appellants filed a motion to strike appellees' sur-reply brief which was filed on April 19, 2021. After considering the motion, we **grant** appellants' motion and we **strike** appellees' April 19 sur-reply brief. All other relief requested in appellants' motion to strike is **denied**.

It is so **ORDERED**.

Judge's signature:     /s/ Sherry Radack

     ☑    Acting individually    ☐    Acting for the Court

Date:     May 11, 2021